UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

KIERA COOPER, individually and on
Behalf of the ESTATE OF QUANTEZ BURKS,

    Plaintiffs,

v.                                                             CIVIL ACTION NO. 5:24-cv-00083

PRIMECARE MEDICAL, INC.; PRIMECARE
MEDICAL OF WEST VIRGINIA, INC.;
BRANDY EASTRIDGE; KAYLA MAYNARD;
TARA DAVIS; JOHN/JANE DOE EMPLOYEES
OF PRIMECARE MEDICAL, INC. OR
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,

    Defendants.

## ORDER

    Pending is Plaintiff Kiera Cooper's, individually and on behalf of the Estate of Quantez Burks, Motion to Strike Defendants' Notice of Non-Party Fault [Doc. 20], filed May 13, 2024. Discovery is ongoing. A settled evidentiary record at the conclusion thereof will more fully inform the appropriate outcome respecting appropriate treatment of non-party fault. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Ms. Cooper's motion, with refiling permitted at the time for dispositive motions. [**Doc. 20**].

    The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

                                                  ENTER:      June 17, 2024

Frank W. Volk
United States District Judge